1  Tyler P. Berding, Esq. SBN 60567
   Matt J. Malone, Esq. SBN 221545
2  BERDING | WEIL LLP
   3240 Stone Valley Road West
3  Alamo, CA 94507
   (925) 838-2090 - (925) 820-5592
4
   Attorneys for Defendant
5  SAVIOR PLUMBING

6                IN THE UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9
   U.A.LOCAL 342, et al.,                  No. C09-02839 EDL
10
              Plaintiffs,                  **STIPLUATION AND**
11      vs.                                ~~[PROPOSED]~~ **ORDER CONTINUING**
                                           **CASE MANAGEMENT CONFERENCE**
12 SAVIOR PLUMBING, INC.

13            Defendant.

14 _____

15      The parties to this action, by and through their attorneys of record, hereby stipulate to a

16 request to the Court to continue the Case Management Conference hearing scheduled for October

17 30, 2009 for forty-five (45) days.

18      The parties have been discussing settlement since the filing of this action. However,

19 complicating this matter for Defendant is the expense of litigating this case through further court

20 appearances and filings versus contributing funds to settlement. In an effort to minimize cost to

21 Defendant while settlement discussions continue, and to maximize the chance of settlement

22 occurring, the parties ask this Court continue this Conference for 45 days. The parties have met

23 and conferred and agreed to this continuance to allow time for further settlement discussions.

24 The parties agree that the viability of settlement will be determined within this 45 day period.

25 / / /

26 / / /

27 / / /

28 / / /

It is so STIPULATED and agreed.

Date: October 20, 2009

Berding & Weil LLP

By: _____
Matt J. Malone, Esq.
Attorneys for Defendant
SAVIOR PLUMBING, INC.

Date: October 20, 2009

Neyhart, Anderson, Flynn & Grosboll

By: _____
Sonya Michlin Gordon, Esq.
Attorneys for Plaintiffs

**IT IS SO ORDERED.** The Case Management Conference in this matter is continued to January 15, 2010, ~~2009,~~ at 1:30 p.m. in Courtroom 11.

_____
The Honorable Jeffrey S. White
United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE