Tyler P. Berding, Esq. SBN 60567
Matt J. Malone, Esq. SBN 221545
BERDING | WEIL LLP
3240 Stone Valley Road West
Alamo, CA 94507
(925) 838-2090 - (925) 820-5592
tberding@berding-weil.com
mmalone@berding-weil.com

Attorneys for Plaintiff
SAVIOR PLUMBING, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.A. LOCAL 342, et al., | Case No. C09-02839 ~~EDL~~ JSW |
| Plaintiffs, | |
| vs. | STIPULATION AND [PROPOSED] ORDER RE: SUBSTITUTION OF COUNSEL |
| SAVIOR PLUMBING, INC., a California corporation | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant SAVIOR PLUMBING, INC., wishes to substitute Robert Fried of Atkinson, Andelson, Loya, Ruud & Romo, 5776 Stoneridge Mall Rd., Ste 200, Pleasanton, California 94588 in the place and stead of Tyler P. Berding, Matt J. Malone and the law firm of Berding | Weil, LLP

Accordingly, IT IS HEREBY STIPULATED by and between SAVIOR PLUMBING, INC. and its above-listed counsel that Robert Fried, Esq. will substitute in as SAVIOR PLUMBING, INC.'s counsel of record, and Tyler P. Berding, Matt J. Malone and the law form of Berding | Weil LLP withdraw as SAVIOR PLUMBING, INC.'s counsel of record.

///

///

///

1   **IT IS SO STIPULATED.**

2

3   Date: November 24, 2009                    BERDING & WEIL LLP

4

5                                              By: _____
6                                                  Tyler P. Berding
                                                   Matt J. Malone
7                                                  Attorneys for Defendant
                                                   BOND MANUFACTURING CO.
8

9   Date: November 24, 2009                    ANDELSON, LOYA, RUUD & ROMO

10

11                                             By: _____
                                                   Robert Fried, Esq.
12

13  Date: November 24, 2009                    SAVIOR PLUMBING, INC.

14

15                                             By: _____
                                                   Tamara Cortez, President
16

17

18  **IT IS SO ORDERED.**

19      December 1, 2009

20                                             _____
21                                             The Honorable Jeffrey S. White
                                               United States District Court Judge
22

23

24

25

26

27

28

Stipulation and [Proposed] Order re Substitution of Counsel                    -2-