ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Robert Fried, State Bar No. 85579
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant Savior Plumbing, Inc., a
California Corporation

RICHARD K. GROSBOLL, Bar No. 99729
SONYA M. GORDON, Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone (415) 677-9440
Facsimile (415) 677-9445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS., <br><br>Plaintiff, <br><br>vs. <br><br>SAVIOR PLUMBING, INC., a California Corporation, <br><br>Defendant. | CASE NO.: C-09-2839-JSW <br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER** <br><br>[Local Rule 16-9] <br><br>JUDGE: Hon. Judge Jeffrey S. White <br>DATE: April 9, 2010 <br>TIME: 1:309 p.m. <br>DEPT: 11, 19th Floor <br>LOCATION: 450 Golden Gate Avenue <br>San Francisco, CA 94102 |

## JOINT CASE MANAGEMENT STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16-9, Plaintiffs and Defendants jointly submit this Case Management Statement and Rule 26(f) Report, and request that the Court adopt it as the Case Management Order in this case.

Plaintiffs and Defendant asked the Court to grant an initial 60-day continuance of the Case Management Conference, to allow settlement discussions to continue on the expectation that a settlement will be forthcoming. The Court issued an order in accordance with this request on January 12, 2010.

Since that date the parties have acted in accordance with the above representation and a course of action to access funds for the benefit of plaintiffs and in aid of settlement has been initiated.

It is anticipated that a final resolution will follow the successful release of such funds after due consideration and agreement of all parties on the precise terms of a final settlement. If Defendant does not show progress in acquiring the necessary funds and/or otherwise settling the matter, Plaintiffs plan to file a summary judgment motion within three weeks.

In accord with the above, the parties respectfully request the Court order a second continuance of the Case Management process for a period of sixty days and pledge their best efforts to ensure that this matter is definitively resolved prior to that time.

Dated: April 2, 2010                Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: /s/Sonya M. Gordon
    Sonya M. Gordon
    Attorneys for Plaintiffs

DATED: April 2, 2010                Respectfully submitted,

-2-
JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER

ATKINSON, ANDELSON, LOYA,
RUUD & ROMO

By: /s/ Robert Fried
    Robert Fried
    Attorneys for Defendant

-3-
JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER

012828.00008/242197v1

**[proposed] CASE MANAGEMENT ORDER**

This Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders a continuance of the Case Management Conference to  June 25, ____, 2010. at 1:30 p.m.

Dated: April 5, 2010

_Jeffrey S. White_
United States District Judge

-4-
JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
ATTORNEYS FOR PLAINTIFFS

012828.00008/242197v1