RICHARD K. GROSBOLL, Bar No. 99729
SONYA M. GORDON, Bar No. 232600
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
sgordon@neyhartlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUSTS,<br><br>Plaintiffs,<br><br>vs.<br><br>SAVIOR PLUMBING, INC., a California Corporation,<br><br>Defendant. | Case No. C-09-2839-JSW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO TERMS AND CONDITIONS OF SETTLEMENT AGREEMENT AND [PROPOSED] ORDER THEREON**<br><br>Date: June 25, 2010<br>Time: 1:30 p.m.<br>Courtroom: 11, 19th Floor<br>Location: 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Hon. Judge Jeffrey S. White |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

1  NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), the parties
2  stipulate that Plaintiffs voluntarily dismiss the above-captioned action against Defendant SAVIOR
3  PLUMBING, INC. without prejudice pursuant to the terms and conditions of a Settlement
4  Agreement, filed concurrently herewith.

Dated: June 22, 2010

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SONYA M. GORDON
Attorneys for Plaintiffs

IT IS SO STIPULATED.

Dated: June 22, 2010

Respectfully Submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
ROBERT FRIED
Attorneys for Defendant

IT IS SO ORDERED.

Dated: June 23, 2010

_____
U.S. DISTRICT COURT JUDGE